BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOSEPH DANIEL WEBER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00154-JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JOSEPH DANIEL WEBER, | |
| Defendant. | |

## STIPULATION

Defendant Joseph Daniel Weber, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Nat Cousins, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, September 27, 2010, shall be continued to Monday, November 1, 2010, at 1:30 p.m.

The reason for the continuance is the defense requires additional time to obtain medical records pertaining to Mr. Weber's recent medical emergency that precluded his presence at the September 13, 2010 status hearing in this matter.  Mr. Weber is suffering from a serious medical condition, which on September 12, 2010 caused him to lose consciousness and temporary control of bodily functions.  Defense counsel is informed Mr. Weber is undergoing additional testing to assist in the diagnosis of his medical condition and it can take up to four weeks to obtain medical

Stipulation and [Proposed] Order Continuing
Hearing                                                                1

1  records from Santa Clara Valley Medical Center where Mr. Weber was treated; after which,
2  defense counsel will require time to review those records.  The defense believes that this
3  information is relevant to the plea agreement terms under discussion.  Additionally, the defense
4  is in the process of locating and interviewing several witnesses and obtaining additional
5  documents, that are relevant both to the terms of the proposed plea agreement and to sentencing.
6  A continuance is therefore necessary and warranted for defense counsel's effective preparation.

7  The parties agree that the time between September 27, 2010, and November 1, 2010 is
8  excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
9  preparation by defense counsel.

10 Dated:  September 21, 2010

11                                              _____/s/_____
                                                VARELL L. FULLER
12                                              Assistant Federal Public Defender

13

14 Dated  September 21, 2010                    _____/s/_____
                                                NAT COUSINS
15                                              Assistant United States Attorney

16

17                                **[PROPOSED] ORDER**

18     GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
19 ORDERED that the hearing currently set for September, 27, 2010, shall be continued to Monday,
20 November 1, 2010, at 1:30 p.m.

21     THE COURT FINDS that failing to exclude the time between September 27, 2010, and
22 November 1, 2010, would unreasonably deny defense counsel reasonable time necessary for
23 effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
24 3161(h)(7)(B)(iv).

25     THE COURT FURTHER FINDS that the ends of justice served by excluding the time
26 between September 27, 2010, and November 1, 2010, from computation under the Speedy Trial

Stipulation and [Proposed] Order Continuing
Hearing                                          2

1  Act outweigh the interests of the public and the defendant in a speedy trial.

2         THEREFORE, IT IS HEREBY ORDERED that the time between September 27, 2010,

3  and November 1, 2010, shall be excluded from computation under the Speedy Trial Act, 18

4  U.S.C. § 3161(h)(7)(A) and (B)(iv).

5         IT IS SO ORDERED.

6  Dated:  September 22, 2010                    _____
                                                  THE HONORABLE JAMES WARE
7                                                 United States District Court Judge