IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00154 JW |
| Plaintiff, | ) ) ) | **[PROPOSED]** ORDER EXTENDING SELF-SURRENDER DATE |
| vs. | ) ) | |
| JOSEPH DANIEL WEBER, | ) ) | |
| Defendants. | ) ) | |
| | | Honorable Lucy H. Koh |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Joseph Daniel Weber's self-surrender date is extended from May 6, 2011 to May 13, 2011. It is further ORDERED that he shall surrender for service of the sentence previously imposed in this matter before 2:00 p.m. on May 13, 2011 at the institution to which he has been designated by the Bureau of Prisons.

IT IS SO ORDERED.

Dated: May 3, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge

DEF.'S MOT. TO EXTEND SELF-
SURRENDER DATE; [P~~ROPOSED~~] ORDER
No. CR 10-00154 EJD                 3